**Goldenrod Ice Cream Company, appellant, v. Frank Ligmanowski, appellee. Gen. No. 31,434.**

Appeal from order staying execution on judgment by confession on judgment note. Appeal from the Circuit Court of Cook county; the Hon. Oscar M. Torrison, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1926. Appeal dismissed. Opinion filed May 17, 1927.

Bassler, Bippus & Rose, for appellant. Roy E. Olin and Petit, Whiteside & Petit, for appellee; Roy A. Whiteside, of counsel.

Mr. Justice Barnes delivered the opinion of the court.